IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Cawaski Covin, ) | Case No. 4:24-3431-JDA |
|              Plaintiff, ) | |
| v. ) | **OPINION AND ORDER** |
| Greenwood County Detention Center, ) Southern Health Care Group, Captain ) Bollman, Frank Addy, Brian Lewis, ) Lisa E. Phillips, Ware Shoals Police ) Department, ) | |
|              Defendants. ) | |

Plaintiff Cawaski Covin, a pretrial detainee proceeding *pro se* and *in forma pauperis*, filed this case against the above-named Defendants alleging medical neglect, deprivation of mental health medication, "cruel and unusual", and "rights violation". [Doc. 1.] In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2) (D.S.C.), this matter was referred to a Magistrate Judge for all pretrial proceedings.

By Order dated June 24, 2024, Plaintiff was directed to file an Amended Complaint to cure specific deficiencies in his complaint such as the caption on pages 1–3 failing to name the same defendants, failing to allege a causal connection between the conduct of the Defendants and his injury, and failing to name a person subject to suit under § 1983. [*Id*. at 2–4.] Plaintiff was warned that his failure to comply with this Order and to meet the deadline set by the Court could result in his case being dismissed for violating this Order. [*Id*. at 5.] The Order also reminded Plaintiff to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. [*Id*.] To this date, Plaintiff has neither advised the Court of any

changes to his address, nor responded to the Magistrate Judge's June 24, 2024, Order, and the time for response has lapsed.

Wherefore, based upon the foregoing, Plaintiff has failed to prosecute this case and has failed to comply with an Order of this Court.  Accordingly, the case is DISMISSED, without prejudice, in accordance with Fed. R. Civ. P. 41.  *See Link v. Wabash R.R. Co.,* 370 U.S. 626 (1962).

United States District Judge

July  30 , 2024
Greenville, South Carolina

2